[No. 57297–6. Department One. November 8, 1990.]

THE CITY OF SEATTLE, *Petitioner,* v. CLARENCE HEIN, *Respondent.*

556

*Mark H. Sidran, City Attorney,* and *Charlotte E. Clark–Mahoney, Assistant,* for petitioner.

*Suzanne Lee Elliott* of *Associated Counsel for the Accused,* for respondent.

PER CURIAM.—█ The City of Seattle's motion to modify the ruling of the Commissioner of this court in the above entitled case is denied. The essential elements rule, discussed in *State v. Leach,* 113 Wn.2d 679, 782 P.2d 552 (1989), applies to citations.